JOHN J. GHINGHER, Receiver, *v.* JOHN S. KAUSLER ET AL.

[No. 62, October Term, 1935.]

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, MITCHELL, SHEHAN, and JOHNSON, JJ.

Robert H. McCauley and J. Lloyd Harshman, for the appellant.

John Wagaman and Charles F. Wagaman, with whom were Daniel W. Doub, Martin V. B. Bostetter, W. P. Wachter, C. Walter Baker, and Levin Stonebraker, on the brief, for the appellees.

Joseph C. France, Alexander Armstrong, and J. Purdon Wright, counsel for John D. Hospelhorn, Receiver of the Baltimore Trust Company, filed a brief as amici curiae.

The opinion was delivered per Curiam.

In this case, on facts similar to those stated in the opinion filed in the case of Ghingher, Receiver, v. Bachtell ante, p. 678, 182 A. 558, the same questions of law have been presented, and the conclusions are necessarily the same.

For the reasons stated in that opinion, therefore, the decree below will be reversed, and the cause remanded for further proceedings in accordance with that opinion.

*Decree reversed, and cause remanded, with costs to the appellant.*